**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

*VIA ECF*
Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020
```

     Re:    *United States v. Tracy Sheldon*, 20 CR 13 (VM)

Dear Judge Marrero:

With the consent of the government and Pretrial Services-Wisconsin, I write to seek a modification to the conditions of Ms. Sheldon's release. Ms. Sheldon resides in Wisconsin but her work occasionally requires her to travel to Illinois to meet with vendors. As such, Ms. Sheldon requests that her travel restrictions—which currently include the districts of New York, the Eastern District of Wisconsin, and the Western District of Michigan—be extended to include the districts of Illinois.

I have spoken to Ms. Sheldon's supervising pretrial officer in Wisconsin and the government about this request and they both consent. Pretrial Services in New York takes no position regarding the application.

Thank you and I hope you and your loved ones remain safe.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750



SO ORDERED.

7/2/2020
DATE

VICTOR MARRERO, U.S.D.J.

cc:    AUSA Daniel Nessim (via ECF)