**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/10/2020
```

--------------------------------X

UNITED STATES OF AMERICA,          :
                                   :
                                   :        **20 CR 13(VM)**
         -against-                 :        **ORDER**
                                   :
TRACY SHELDON et al.,              :
                                   :
                   Defendants.     :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

> Counsel for the Government, with the consent of counsel for the Defendant (see Dkt. No. 23), requests that the status conference currently scheduled for September 11, 2020 be rescheduled. The conference shall be scheduled for Friday, October 23, 2020 at 10:30 a.m.

> All parties to this action consent to an exclusion of time from the Speedy Trial Act until October 23, 2020.

> It is hereby ordered that time until October 23, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).


**SO ORDERED:**


Dated:     New York, New York
           10 September 2020


_____
                                         Victor Marrero
                                         U.S.D.J.