**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/20
```

---------------------------------X

UNITED STATES OF AMERICA,           :
                                    :
                                    :          **20 CR 13(VM)**
          -against-                 :            **ORDER**
                                    :
TRACY SHELDON et al.,               :
                                    :
                    Defendants.     :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health crisis, the status conference before the Honorable Victor Marrero on Friday, October 23, 2020 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor -marrero.

**SO ORDERED:**

Dated:     New York, New York
           22 October 2020

_____
           Victor Marrero
             U.S.D.J.