**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,  :
        -against-  :   **20 CR 013 (VM)**
     :   ORDER
TRACY SHELDON AND CHAD ZESKE,  :
        Defendant.  :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference currently scheduled for Friday, May 7, 2021 at 2:00 PM is cancelled.

**SO ORDERED:**

Dated:   New York, New York
        06 May 2021

                            Victor Marrero
                              U.S.D.J.