USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - v. -

TRACY SHELDON,

     Defendant.

- - - - - - - - - - - - - - - - - X

ORDER

20 Cr. 13 (VM)

       WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on May 18, 2021;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
          __July 2___, 2021

                             SO ORDERED:

                                   Victor Marrero
                                   U.S.D.J.