```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :      **20 CR 13 (VM)**
                                     :
        -against-                    :
                                     :      **ORDER**
TRACY SHELDON,                       :
                                     :
                Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 1 to Friday, October 29, 2021 at 10:00 AM.

**SO ORDERED:**

Dated:   New York, New York
         16 September 2021

*Victor Marrero*
U.S.D.J.