USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,        :     **20 CR 13 (VM)**
                                 :
       -against-                 :
                                 :      **ORDER**
TRACY SHELDON,                   :
                                 :
              Defendant.         :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, October 29, 2021 at 10:00 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         28 October 2021

_____
Victor Marrero
U.S.D.J.